Argued and submitted February 17, on appeal, reversed and remanded with instructions; otherwise affirmed on appeal and on cross-appeal March 31, reconsideration denied June 30, petition for review denied July 27, 1993 (317 Or 272)

## Philip R. SIEGELBAUM,
*Appellant - Cross-Respondent,*

*v.*

## Bruce M. JOHNSON,
Candace K. McKanna and Brett E. Wilcox,
*Respondents - Cross-Appellants.*

(9102-00722; CA A74660)

848 P2d 151

Terrance J. Slominski, Lake Oswego, argued the cause and filed the briefs for appellant - cross-respondent.

Cynthia Lombardi, Portland, argued the cause for respondents - cross-appellants. With her on the briefs was Bogle & Gates, Portland.

Before Deits, Presiding Judge, and Durham and Landau, Judges.

PER CURIAM

## PER CURIAM

Defendants concede that the trial court erred in awarding them $929.32 as supplemental costs and disbursements. Accordingly, the award of costs and disbursements to them should be reduced by that amount. Otherwise, we affirm without discussion on the appeal and on the cross-appeal.

On appeal, reversed and remanded with instructions to reduce award of costs and disbursements to defendants by $929.32; otherwise affirmed on appeal and on cross-appeal.